# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | 2:19-CR-0182 JAM<br>U.S. v. Ronald J. Roach, et al.<br>Ronald J. Roach<br>Joseph W. Bayliss | Date: | October 21, 2019 |
|---|---|---|---|
| To: | **The Honorable John A. Mendez**<br>**Courtroom Deputy Harry Vine** | From: | **Andre M. Espinosa**<br>**U.S. Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Ste 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700**<br>**Fax: (916) 554-2900** |

The United States requests that the Court set the above-referenced matter for the Court's 9:15 a.m. calendar on October 22, 2019, for arraignment and change of plea on the criminal information filed on October 21, 2019.

The parties have been contacted informally, and they will have additional notice through this request and any further notice the Court files.

Ronald J. Roach and Joseph W. Bayliss are currently not in custody.