## SPECIAL CONDITIONS OF RELEASE

Re: Bayliss, Joseph William
No.: 2:19-CR-00182-JAM-2
Date: October 22, 2019

1. You must cooperate in the collection of a DNA sample;

2. You must restrict your travel to the continental United States, unless otherwise approved in advance by the Court; and

3. You must surrender your passport to the Clerk, U.S. District Court, or file a declaration of a lost passport with the Court by October 29, 2019, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case.