FILED
October 22, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>JOSEPH W. BAYLISS,<br>　　　　Defendant. | Case No. 2:19-cr-00182-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, JOSEPH W. BAYLISS, Case No. 2:19-cr-00182-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　__X__　Release on Personal Recognizance

　__X__　Bail Posted in the Sum of: $25,000.00.

　　　__X__　Co-Signed Unsecured Appearance Bond

　　　___　Secured Appearance Bond

　　　__X__　(Other) Conditions as stated on the record.

　　　__X__　(Other) The unsecured bond paperwork and passport shall be filed/surrendered by October 29, 2019.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __10/22/2019__ at __2:10 p.m.__

By _____
Edmund F. Brennan
United States Magistrate Judge