UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CV-00247 JAM-DB |
| Plaintiff, | ) | |
| v. | ) | |
| REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL., | ) | **RELATED CASE ORDER** |
| Defendants. | ) | |
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple, | ) | Case No. 2:20-cv-02446 TLN-JDP |
| Plaintiffs, | ) | |
| v. | ) | |
| NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual, | ) | |
| Defendants. | ) | |

1

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | Case No.: 2:20-CR-00003 KJM |
| 2 | Plaintiff, ) | |
| 3 | v. ) | |
| 4 | RYAN GUIDRY, ) | |
| 5 | Defendant. ) | |
| | SECURITIES AND EXCHANGE ) | Case No. 2:19-CV-02140 JAM-DB |
| 6 | COMMISSION, ) | |
| 7 | Plaintiff, ) | |
| 8 | v. ) | |
| 9 | JOSEPH BAYLISS and RONALD ROACH, ) | |
| 10 | Defendants. ) | |
| 11 | SECURITIES AND EXCHANGE ) | Case No. 2:19-CV-02531 JAM-DB |
| | COMMISSION, ) | |
| 12 | ) | |
| | Plaintiff, ) | |
| 13 | ) | |
| | v. ) | |
| 14 | ) | |
| | ROBERT A. KARMANN, ) | |
| 15 | ) | |
| | Defendant. ) | |
| 16 | UNITED STATES OF AMERICA, ) | Case No. 2:19-CV-00485 JAM-DB |
| 17 | Plaintiff, ) | |
| 18 | v. ) | |
| 19 | APPROXIMATELY $6,567,897.50 ) | |
| | SEIZED FROM CTBC BANK, ACCOUNT ) | |
| 20 | NUMBER 3800191916, ET AL., ) | |
| 21 | Defendants. ) | |
| | UNITED STATES OF AMERICA, ) | Case No. 2:19-CV-00636 JAM-DB |
| 22 | ) | |
| | Plaintiff, ) | |
| 23 | ) | |
| | v. ) | |
| 24 | ) | |
| 25 | 5383 STONEHURST DRIVE, MARTINEZ, ) | |
| | CALIFORNIA, CONTRA COSTA COUNTY, ) | |
| 26 | APN: 367-230-018-7, INCLUDING ) | |
| | ALL APPURTENANCES AND ) | |
| 27 | IMPROVEMENTS THERETO, ET AL., ) | |
| | ) | |
| 28 | Defendants. ) | |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00182 JAM |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | RONALD J. ROACH and JOSEPH W. BAYLISS, | |
| 5 | | |
| | Defendants. | |
| 6 | UNITED STATES OF AMERICA, | Case No.: 2:19-CR-00222 JAM |
| 7 | Plaintiff, | |
| 8 | v. | |
| 9 | ROBERT A. KARMANN, | |
| 10 | Defendant. | |
| | SOLARMORE MANAGEMENT SERVCIES, INC., a California corporation, | Case No. 2:19-cv-02544 JAM-DB |
| 11 | | |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | Bankruptcy Estate of DC SOLAR SOLUTIONS, INC., dba DC SOLAR SOLUTIONS MFG, INC. dba DC SOLAR SOLUTIONS MANUFACTURING, INC., a California corporation; et al., | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |
| 18 | SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:20-cv-00180 JAM-AC |
| 19 | | |
| 20 | Plaintiff, | |
| 21 | v. | |
| 22 | JEFFREY P. CARPOFF and PAULETTE CARPOFF, | |
| 23 | Defendants. | |
| 24 | UNITED STATES OF AMERICA, | Case No. 2:20-cr-00016 JAM |
| 25 | Plaintiff, | |
| 26 | v. | |
| 27 | ALAN HANSEN, | |
| 28 | Defendant. | |

3

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JEFFREY CARPOFF,<br><br>               Defendant. | Case No. 2:20-cr-00017 JAM |
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>PAULETTE CARPOFF,<br><br>               Defendant. | Case No. 2:20-cr-00018 JAM |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:20-cv-02446 TLN-JDP be reassigned to Judge John A. Mendez and Magistrate Judge Deborah Barnes for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:20-cv-02446 JAM-DB.

4

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: December 16, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE