UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

# INTEROFFICE MEMORANDUM

**TO:** Gabriel Siller-Michel, Courtroom Deputy Clerk
of the Honorable John A. Mendez

**FROM:** Anthony A. Andrews
Supervisory United States Probation Officer

**DATE:** January 7, 2021

**SUBJECT:** **Joseph William Bayliss**
**Docket Number: 0972 2:19CR00182-002**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

| | FILED |
|---|---|
| | **Jan 07, 2021** |
| | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |

The above matter is scheduled for judgment and sentencing on March 16, 2021. All parties have agreed to a continuance of judgment and sentencing based on:

☐ The complexity of this case.
☒ Other – Extraordinary circumstances delaying report preparation

The following proposed sentencing schedule is offered:

| | | |
|---|---|---|
| Judgment and Sentencing Date: | April 27, 2021 | 9:30 AM |
| Reply, or Statement of Non-Opposition: | April 20, 2021 | |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 13, 2021 | |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 06, 2021 | |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 30, 2021 | |
| The proposed Presentence Report shall be disclosed to counsel no later than: | March 16, 2021 | |

*/s/ Anthony A. Andrews*

**Anthony A. Andrews**
**Supervising United States Probation Officer**

cc: Andre M. Espinosa and Kevin C. Khasigian, Assistant United States Attorneys
Thomas A. Johnson, Defense Counsel