THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00182-JAM |
| Plaintiff, | REQUEST AND ORDER TO EXTEND TURN-IN DATE |
| vs. | |
| JOSEPH BAYLISS, | |
| Defendant. | |

## **REQUEST TO EXTEND TURN-IN DATE**

On November 16, 2021, Defendant, Joseph Bayliss, was sentenced to 36 months imprisonment. The Bureau of Prisons has placed Mr. Bayliss and requested a turn-in date of January 28, 2022. Mr. Bayliss' son is currently only 17 years-old, he turns 18 on June 6, 2022. Mr. Bayliss is requesting that he be allowed to turn in on June 7, 2022 to help his son apply and enter the United States Military, and to provide care for him until he is 18. As it is noted in the Pre-Sentence Report, Mr. Bayliss has custody of his son because their mother is a recovering drug addict. *See* ECF Doc. No. 61, p. 17. Mr. Bayliss has had sole custody of his children since 2011. Mr. Bayliss agrees not to request any further extensions. The government has been informed of Mr. Bayliss' request and does not oppose. Therefore, Mr. Bayliss requests the Court extend his turn-in date from January 29, 2022, to June 7, 2022.

///

///

///

1

DATE: January 12, 2022

Respectfully submitted,

/s/ Thomas A. Johnson
Thomas A. Johnson
Attorney for Joseph Bayliss

**ORDER**

    IT IS SO ORDERED.

DATED:  January 12, 2022        /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE