CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
BERLINER COHEN, LLP
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT RONALD J. ROACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD J. ROACH and JOSEPH W. BAYLESS,<br><br>    Defendants. | CASE NO. 2:19-CR-182 DAD<br><br>STIPULATION AND ORDER TO RESET SENTENCING HEARING |

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record (the "Parties"), hereby stipulate as follows:

The Sentencing hearing in this matter is currently set for August 15, 2023 at 9:30 a.m. For reasons related to ongoing investigation by the government and the Defendant's agreement to cooperate, the Parties hereby jointly stipulate and request that the court reset the sentencing hearing for November 14, 2023.

IT IS SO STIPULATED AND REQUESTED.

DATED: AUGUST 8, 2023        BERLINER COHEN, LLP

                                              BY:   /S/ CHRISTIAN E. PICONE
                                                        CHRISTIAN E. PICONE
                                                        ATTORNEYS FOR DEFENDANT RONALD J. ROACH

DATED: AUGUST 8, 2023        PHILLIP A. TALBERT
                                                        ACTING UNITED STATES ATTORNEY

                                              BY: /S/ AUDRY HEMESATH

AUDREY HEMESATH
ASSISTANT UNITED STATES ATTORNEY

### ORDER

In light of the parties' Stipulation, the sentencing hearing in this case is hereby continued to November 14, 2023 at 9:30 a.m.  **However, the court is not inclined to continue the sentencing hearing in this case beyond the date set by this order absent a more complete and compelling showing of good cause.**

IT IS SO ORDERED.

Dated:   **August 8, 2023**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE