PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARI J. LAUER, <br><br> Defendant. | CASE NO. 2:23-CR-261 JAM <br><br> NOTICE OF RELATED CASES |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RONALD J. ROACH, <br> JOSPEH W. BAYLISS, <br><br> Defendants. | CASE NO. 2:19-CR-182 DAD <br><br> NOTICE OF RELATED CASES |

The above-captioned cases are related, and pursuant to Local Rule 123, the United States requests that case 2:23-cr-261-JAM be reassigned to the Honorable Dale A. Drozd.

On October 10, 2023, defendant Ari J. Lauer made his initial appearance in 2:23-cr-261. The indictment in that case charges 23 counts of conspiracy, bank fraud and wire fraud, as a result of his role as attorney for the now defunct DC Solar corporation.

In *United States v. Roach*, *et al.*, defendants Roach and Bayless pleaded guilty to an Information with conspiracy to commit wire fraud in the DC Solar scheme. Bayliss has been sentenced and Roach is

1

1  pending sentencing.

2      Owing to these similarities, these cases fit within the definition of related cases provided by
3  Local Rule 123.  It is likely that assignment of these two actions to a single Judge will effect a savings of
4  judicial effort or other economies because of the overlapping factual questions, common legal issues,
5  and the intersection of named and unnamed parties in both actions.

Dated:  October 10, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ AUDREY B. HEMESATH
    AUDREY B. HEMESATH
    Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the government's Notice of Related Cases, and good cause appearing therefrom, relates the cases, and reassigns 2:23-cr-261 to United States District Judge Dale A. Drozd for all future proceedings. The Court specifically finds that relating the cases will effect a substantial savings of judicial effort and will avoid duplication of judicial labor.

A status conference in *United States v. Lauer* (2:23-cr-261) is set for December 12, 2023 at 9:30 a.m. in Courtroom 4 before the undersigned.

IT IS SO ORDERED.

Dated:   **October 10, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE